## Commonwealth *v.* Kollmann, Appellant.

Submitted September 23, 1970. *John Kollmann*, appellant, in propria persona; *Vram Nedurian, Jr.*, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.